**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SERGEY MKHITARYAN,

Petitioner

v.

EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,

Respondent.

Case No. 2:26-cv-03293-APG-DJA

**Dismissal Order**

*Pro se* Petitioner Sergey Mkhitaryan commenced this action by filing a motion opposing findings of fact and conclusions of law regarding writ of error proceedings conducted on March 1, 2026. ECF No. 1-1. Because Mkhitaryan's motion is captioned for the Nevada Supreme Court, it is unclear whether he desires to pursue federal habeas relief. Further, Mkhitaryan has not paid the $5.00 filing fee or filed an *in forma pauperis* (IFP) application. Accordingly, because Mkhitaryan has not properly commenced this action, I dismiss it without prejudice. However, I instruct the Clerk of the Court to provide Mkhitaryan with copies of the forms he will need if he desires to pursue federal habeas relief, but he must file these forms in a new case before this court.

I THEREFORE ORDER that this matter is dismissed without prejudice. A certificate of appealability is denied, as jurists of reason would not find dismissal of this matter to be debatable or wrong.

I FURTHER KINDLY ORDER that that the Clerk of the Court (1) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (2) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (3) send Mkhitaryan a blank copy of the IFP application form for inmates along with instructions and the approved form and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (4) enter final judgment, and (5) close this case.

DATED: October 13, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

[1]No response is required from Respondents other than to respond to any orders of a reviewing court.