**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SERGEY MKHITARYAN,

Petitioner

v.

EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,

Respondent.

Case No. 2:26-cv-03293-APG-DJA

**Status Update Order**

*Pro se* Petitioner Sergey Mkhitaryan commenced this action by filing a motion opposing findings of fact and conclusions of law regarding writ of error proceedings. ECF No. 1-1. Because Mkhitaryan's motion was captioned for the Nevada Supreme Court, it was unclear to me whether he desired to pursue federal habeas relief. Further, Mkhitaryan did not pay the $5.00 filing fee or file an *in forma pauperis* (IFP) application. Accordingly, because Mkhitaryan did not properly commence this action, I dismissed it without prejudice. ECF No. 3. Mkhitaryan has now filed a letter asking for a status update.

I THEREFORE ORDER that this Order shall serve as a status update in this case.

DATED: November 20, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE